IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:03CR279 |
| ) | |
| v. ) | |
| ) | REASSIGNMENT ORDER |
| SHAWN MALESKER, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned from District Judge Thomas M. Shanahan to District Judge Lyle E. Strom for all dispositive matters.

DATED this 27th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE